THELONIOUS PAIGE *v.* SAINT ANDREW'S
ROMAN CATHOLIC CHURCH ET AL.

The petition of the proposed intervenor Turnpike Furnace Company for certification for appeal from the Appellate Court, 34 Conn. App. 920 (AC 11830), is denied.

*Richard S. Bartlett,* in support of the petition.

*Vincent M. Musto* and *Mark R. Cramer,* in opposition.

Decided July 14, 1994

THE HANNON GROUP, INC. *v.* ROBERT A. HERD

The defendant's petition for certification for appeal from the Appellate Court, 34 Conn. App. 921 (AC 12404), is denied.

*James C. Mulholland,* in support of the petition.

*James A. Wade* and *Susan J. Lawshe,* in opposition.

Decided July 14, 1994

G. PATRICIA ELLIOTT *v.* ARTHUR L. ELLIOTT

The plaintiff's petition for certification for appeal from the Appellate Court, 34 Conn. App. 923 (AC 12497), is denied.

*Judith A. Busch,* in support of the petition.

*Jayne Elser Welch* and *Edward G. Fitzpatrick,* in opposition.

Decided July 14, 1994